IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD HERNANDEZ,
    Plaintiff

    v.

WARDEN MARK ROCKOVICH, et al.,
    Defendants

No. 1:16-cv-02407

(Judge Kane)

## ORDER

**AND NOW**, on this 30th day of September 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 23), is **GRANTED** as follows:

    a. Plaintiff's First Amendment Access to the Courts claim against Defendants Larson, Rockovich, and Capitano in Count V of Plaintiff's amended complaint is **DISMISSED with prejudice**;

    b. Defendant Capitano is **DISMISSED** from this action;

    c. All claims for punitive damages against Luzerne County are **DISMISSED with prejudice**; and

2. Defendants' motion to dismiss (Doc. No. 23), is **DENIED** in all other respects.

                      s/ Yvette Kane
                      Yvette Kane, District Judge
                      United States District Court
                      Middle District of Pennsylvania